# United States District Court
## Eastern District of Wisconsin

**MICHAEL CHAVANNES,**

        Plaintiff(s),

        v.

**SHOREWOOD SCHOOL DISTRICT and
EMPLOYERS MUTUAL CASUALTY COMPANY,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-1

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' motion for summary judgment, ECF No. 26, is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**


        Approved:      *Stephen C. Dries*

                       STEPHEN C. DRIES
                       United States Magistrate Judge

Dated: June 10, 2024


                       GINA M. COLLETTI
                       Clerk of Court

                       *s/ Tony Byal*
                       (By) Deputy Clerk